**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Olga Mena                          Case No. 17-19292-LMI

                                          Chapter 13

_____    Debtor____/

## RE-NOTICE OF RULE 2004 EXAMINATION

TO:     Olga Mena, Debtor
        c/o James A. Poe
        9500 S Dadeland Blvd #610
        Miami, FL 33156

PLEASE TAKE NOTICE that creditor and party in interest, Gonzalo and Luisa Novas, by the undersigned attorney, will examine debtor, Olga Mena, under oath on **December 13, 2017 at 9:00 a.m. at The Law Offices of George Castrataro, P.A., 707 NE 3rd Avenue, Suite 300, Fort Lauderdale, Florida 33304**.  The examination may continue from day to day until completed.  If the examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be recorded by this method: Court reporter.  The scope of the examination shall be as described in Bankruptcy Rule 2004.

Pursuant to Local Rule 2004-1 no order shall be necessary.

☒  Production: [The examinee or your representatives, must also provide within five days of the hearing the examination documents, electronically stored information, or objects described on the attached Exhibit "A" and must permit inspection, copying, testing, or sampling of the materials.]

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on this 29th day of November, 2017, a true and correct copy of this notice was served via CM/ECF electronic transmission upon those parties who are registered with the Court to receive notification in this matter and via U.S. Mail to Olga Mena, 1315 W 78th St., Hialeah, FL 33014.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications in this Court set forth in Local Rule 2090-1(A).

RESPECTFULLY,
/s/
George Castrataro, MPH, JD
FL Bar# 0027575
The Law Offices of George Castrataro, PA
707 NE 3rd Avenue, Third Floor
Fort Lauderdale, FL 33304
954-573-1444 Office / 954-573-6451 Fax
Help@lawgc.com

## EXHIBIT "A"

## INSTRUCTIONS AND DEFINITIONS

1.      The terms **"Debtor", "You"** and **"Your"** mean the Debtor, Olga Mena.

2.      The term **"Petition Date"** means the date that you filed the Bankruptcy Case Number: 17-19292-LMI

3.      Unless otherwise instructed, the **"relevant time period"** for all responsive documents shall be four (4) years prior to and through the date of Debtor filing his voluntary bankruptcy petition to the present, and to the extent that no time period is identified in the request, then you are directed to use the "relevant time period" as the period of time to be responsive to the request.

4.      The term **"Representative"** shall mean any and all agents, employees, servants, officers, directors, attorneys, or other persons acting or purporting to act on your behalf.

5.      The term **"Person(s)"** shall mean the plural as well as the singular and shall include any natural person, corporation, partnership, joint venture, association, government agency, and every other form of entity cognizable at law.

6.      The term **"Document"** shall mean the original and any copy where this different from the original by reason of any notation made on such copies or otherwise, regardless of the origin or location, of any written, recorded, transcribed, punched, taped, e-mailed, scanned, downloaded, filmed or graphic matter, however produced or reproduced, including, but not limited to, any correspondence, notes, logs, journals, e-mail, reports, letter, memoranda, notes, diaries, statistics, minutes, contracts, studies, checks, statements, receipts, returns, summaries,

pamphlets, prospectuses, interoffice and interoffice telephone calls, meetings or other communications, bulletins, printed matter, computer printouts, teletypes, telecopy's, telefax, invoices, worksheets (and all drafts, alterations, modifications or changes to any of the foregoing); graphic and oral record or representations of any kind, including without limitation, photographs, charts, graphs, diagrams, illustrations, drawings, microfiche, microfilm, video tape recordings, motion pictures, electronic, mechanical or electrical records or representations of any kind, including without limitation, tapes, cassettes, discs and recordings.

7.      The term **"All Documents"** shall mean any document as above-defined known to you and every such document which can be located or discovered by reasonably diligent efforts.

8.      The term **"Communication"** shall mean any oral or written utterance, notation or statement of any nature whatsoever, by and to whosoever made, including, but not limited to, correspondence, e-mail, blogs, conversations, dialogues, discussions, interviews, conferences, meetings, consultations, agreements and the understandings between or among two or more people.

9.      The terms **"Identification," "Identify,"** and/or **"Identity,"** when used is reference to (a) a natural individual, require you to state his or his full name and residential and business addresses: (b) a corporation, require you to state its full corporate name and any names under which it does business, its state of incorporation, the address of its principal place of businesses, and the addresses of all of its offices in the State of Florida; (c) a business, require you to state the full name or style under which the business is conducted, its business address or addresses, the types of businesses in which it is engaged, the geographic areas in which it conducts those business, and the identity of the person or persons who own, operate, and control the business; (d) a document, require

you to state the number of pages and the nature of the document (e.g., letter or memorandum), its title, its date, the name or names of its authors and recipients, and its present location and custodian; (e) a communication, require you, if any part of the communication was written, to identify the document or documents which refer to or evidence the communication, and, to the extent that the communication was non-written, to identify the persons participating in the communication and to state the date, manner, place and substance of the communication.

10.    The term **"Describe in Detail"** shall mean to recite the information in your possession for each separate and distinct act, instance, occurrence, or communication, including the date, location and identity of each and every person present or involved, and the identity of each and every communication and each and every document which related to the act, instance, occurrence or communication.

11.    The term **"Referring to"** or **"Relating to"** means in any way directly or indirectly, concerning, referring to, disclosing, describing, confirming, supporting, evidencing or representing.

12.    The term **"And"** and **"Or",** as used herein, are both conjunctive and disjunctive.

13.    All singular words include the plural, and all plural words include the singular.

14.    All works in the present tense include the past, and all works in the past tense include the present.

15.    Each paragraph herein shall be construed independently and not by reference to any other paragraph for the purpose of limitation.

## CONTINUING REQUEST

This is a continuing request for the production of documents. At such time as you become aware of the existence of any additional documents responsive to this Request, you are hereby requested to produce such documents.

## DESTROYED DOCUMENTS

If any document responsive to the request was at one time in existence, but has been lost or destroyed, a list should be provided of the document(s) so lost or destroyed stating the following information for each such document: (a) the type of document; (b) the date on which it ceased to exist; (c) the circumstances of its loss or destruction, (d) the identity of all persons having knowledge of the reasons for its loss or destruction, and (e) the identity of all persons having knowledge of its contents.

## DUCES TECUM

16.    Any and all documents which you relied upon and/or referred to in preparing your bankruptcy petition and schedules.

17.    Front and back copies of any and all driver's licenses issued to you by the State of Florida or any other State.

18.    Copies of your entire U.S. Passport and/or passport issued to you by any other country.

19.    Copies of any and all motor vehicle titles issued to you by the State of Florida and/or any other State.

20.    Copies of any and all documents relating to or reflecting your interest in or occupation of any real property within the past 5 years.

21.    Copies of any and all documents relating to or reflecting your disposition, voluntarily or

involuntarily, of any and all property (personal and/or real, tangible and/or intangible) within the past three years which had a liquidation value of no less than $1,000.00 at the time of the transfer of same; along with documentation reflecting the initial and final transferee(s) of same.

22.    An inventory of all personal property in your possession, custody or control as of the petition date and thereafter.

23.    An inventory of all personal property in your possession, custody or control within the two (2) year period prior to the Debtor's filing his bankruptcy petition for which *he* claims to no longer be in possession, custody or control, other than food products and clothing.

24.    Any and all documents reflecting the liquidated secured debts you owed as of the petition date.

25.    Any and all documents reflecting the liquidated secured debts you owed during the relevant time period and the documents reflecting the disposition, satisfaction or payment of same.

26.    Any and all documents reflecting the undisputed secured debts you owed as of the petition date.

27.    Any and all documents reflecting the undisputed unsecured debts you owed as of the petition date.

28.    Any and all documents reflecting the liquidated unsecured debts you owed as of the petition date.

29.    Any and all documents reflecting the unsecured debts you owed during the relevant time period and the disposition, payment or satisfaction of same.

30.     Any and all documents reflecting the contingent secured debts you owed as of the petition date.

31.     Any and all documents reflecting the contingent unsecured debts you owed as of the petition date.

32.     Any and all documents reflecting the disputed unsecured debts you owed as of the petition date.

33.     Any and all documents reflecting the disputed secured debts you owed as of the petition date.

34.     Any and all lease obligations which you were an obligor, guarantor or co-signor of at any time within the past five years, and evidence of the disposition of same.

35.     All documents relating to any mortgages, vehicle finance agreements, financing statements, loan papers, financing papers, and loans (secured and/or unsecured) to which you are or was the signor, co-signor, obligor or guarantor of within the past 5 years.

36.     All documents evidencing or relating to your monthly income, as well as the source of same for the past three (3) years.

37.     Any and all financial statements prepared by you or on your behalf within the relevant time period.

38.     Copies of any and all bank statements, including front and back copies of cancelled checks, from any institution for any type of account which you are a signatory or beneficiary, and/or otherwise deposit monies into or make withdrawals from for your or anyone else's benefit during the relevant time period.

39.     Copies of any and all real estate mortgage or financing documents with respect to any and all real property in your possession, custody or control during the relevant time period, and documents evidencing the disposition, sale, transfer or loss of same.

40.     Copies of any and all income tax returns filed by you for the five years preceding the filing.

41.     Any and all credit card statements from all credit card debt owed by you or utilized by you at any time during the past three (3) years.

42.     Copies of any and all documents evidencing the source of each debt identified in Schedules D through F of your bankruptcy schedules.

43.     Name and address of your current employer, including your title/occupation, four (4) most recent paystubs and dates of employment.

44.     All financial records, bank records, loan records, tax returns (federal, state and local) and financing records relating to any entity to which you have an interest, operate, manage in any manner, directly or indirectly within the past 3 (three) years.

46.     Any and all records which evidence your income for the time period for the past five years of this request.

47.     Any and all documents evidencing your ownership interest in any and all personal property (tangible or intangible) for the time period of January 1, 2007 through the date of the service of the response to this request which had a purchase value (where this not paid by you) in excess of $3,000.00 and documents evidencing the disposition, transfer, sale or loss of same.

48.     All documents were evidencing your marital status within the past ten (10) years, including marriage certificates, divorce decrees, property settlement agreements, and any and all

pleadings and other documents relating to same.

49.     Any and all documents evidencing your residence(s) in the past five (5) years.